No. 895. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. PFEIFFER. May 17, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Reed* for petitioner. *Mr. Roger S. Baldwin* for respondent.

No. 854. GROMAN v. COMMISSIONER OF INTERNAL REVENUE. May 24, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Egbert Robertson* and *James C. Spence* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.

No. 905. UNITED STATES EX REL. WILLOUGHBY, TRUSTEE IN BANKRUPTCY, ET AL. v. HOWARD ET AL. May 24, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Walter E. Beebe* for petitioners. *Messrs. Julius Moses* and *Lloyd Heth* for respondents.

No. 909. VOGT, SHERIFF, v. MURPHY. May 24, 1937. Petition for writ of certiorari to the Circuit Court of Kenton County, Kentucky, granted. *Mr. Dudley Miller Outcalt* for petitioner. *Messrs. S. H. Brown* and *Orie S. Ware* for respondent.

No. 911. ROSS, RECEIVER, v. KNOTT, TREASURER, ET AL. May 24, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. George P. Barse* and *J. Turner Butler* for petitioner. *Messrs. Cary D. Landis* and *H. E. Carter* for respondents.